| # | Document Type | Date Document Prepared | Document Date | No. of Pages | Author | Recipient | Subject Matter | Purpose | Privilege Category |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Questionnaire | On or about October 29, 2013 | On or about October 29, 2013 | 10 | Krystal Larson | Osman & Smay LLP | Krystal Larson's Responses to Attorney Questions re Potential Claims | Assist with attorney investigation of Plaintiff's claims. | Attorney/Client Privilege |
| 2 | Attorney Notes | 10/4/2013 | 10/4/2013 | 1 | Kathryn Rickley | N/A | Attorney Notes from Telephone Call with Krystal Larson re her potential claims against FGX | Investigation of Plaintiff's claims in anticipation of litigation. | Attorney/Client Privilege and Attorney Work Product |
| 3 | Attorney Notes | 3/25/2014 | 3/25/2014 | 1 | Kathryn Rickley | N/A | Attorney Notes from Telephone Call with Potential Client regarding Potential Claims against FGX | Investigation of Potential Client's possible claims against FGX in anticipation of litigation. | Attorney/Client Privilege and Attorney Work Product |
| 4 | Correspondence and Electronic Mail | Ongoing | Ongoing | | Osman & Smay LLP and Krystal Larson | Osman & Smay LLP and Krystal Larson | Communications between Plaintiff and her counsel. | Investigation of Plaintiff's claims and for purposes of litigation.  Also to provide advice regarding overall case strategy. | Attorney/Client Privilege and Attorney Work Product |
| 5 | Correspondence and Electronic Mail | Ongoing | Ongoing | | Osman & Smay LLP and Sharon McClung | Osman & Smay LLP and Sharon McClung | Communications between Plaintiff and her counsel. | Investigation of Plaintiff's claims and for purposes of litigation.  Also to provide advice regarding overall case strategy. | Attorney/Client Privilege and Attorney Work Product |
| 6 | Correspondence and Electronic Mail | Ongoing | Ongoing | | Osman & Smay LLP and Deborah Carpenter James | Osman & Smay LLP and Deborah Carpenter James | Communications between Plaintiff and her counsel. | Investigation of Plaintiff's claims and for purposes of litigation.  Also to provide advice regarding overall case strategy. | Attorney/Client Privilege and Attorney Work Product |
| 7 | Route Calculations | 5/22/2014-9/2/2014 | 5/22/2014-9/2/2014 | 516 | Kathryn Rickley | N/A | Damage Calculations | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 8 | Attorney Notes | 9/18/2014 | None | Excel Sheet | Kathryn Rickley | N/A | Damage Calculations | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 9 | Attorney Notes | 10/8/2013 | 10/8/2013 | 2 | Kathryn Rickley | N/A | Krystal Larson's Potential Claims Against FGX | Investigation of Plaintiff's claims in anticipation of litigation. | Attorney/Client Privilege and Attorney Work Product |
| 10 | Attorney Notes | 10/8/2013 | 10/8/2013 | 2 | Matthew Osman | N/A | Krystal Larson's Potential Claims Against FGX | Investigation of Plaintiff's claims in anticipation of litigation. | Attorney/Client Privilege and Attorney Work Product |
| 11 | Attorney Notes | 10/15/2015 | 10/15/2015 | 2 | Kathryn Rickley | N/A | Notes from Telephone Call With Krystal Larson re Krystal Larson's discovery responses | Preparation of Discovery Responses. | Attorney/Client Privilege and Attorney Work Product |
| 12 | Correspondence | Unknown | 12/19/2013 | 1 | Ryan Kiliany | Michael and Krystal Larson | Letter from Bankruptcy Attorney to Michael and Krystal Larson re prior bankruptcy | Communicate case status to clients. | Attorney/Client Privilege |
| 13 | Questionnaire | On or about October 14, 2015 | On or about October 14, 2014 | 10 | Sharon Sue McClung | Osman & Smay LLP | Sharon McClung's Responses to Attorney Questions re Potential Claims | Assist with attorney investigation of Plaintiff's claims and for purposes of litigation. | Attorney/Client Privilege |
| 14 | Attorney Notes | 9/24/2015 | 9/24/2015 | 3 | Paralegal and Kathryn Rickley | Kathryn Rickley | Notes from Telephone Call with Witness/Potential Client re  Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product and Attorney/Client Privilege |
| 15 | Attorney Notes | 9/25/2015 | 9/25/2015 | 4 | Paralegal | Kathryn Rickley | Notes from Telephone Call with Witness re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 16 | Attorney Notes | 9/25/2015 | 9/25/2015 | 3 | Paralegal | Kathryn Rickley | Notes from Telephone Call with Witness re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 17 | Attorney Notes | 9/25/2015 | 9/25/2015 | 3 | Paralegal | Kathryn Rickley | Notes from Telephone Call with Witness re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |

Ex. 1

| # | Type | Date | Date2 | Pages | From | To | Description | Purpose | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Attorney Notes | 9/28/2015 | 9/28/2015 | 3 | Paralegal | Kathryn Rickley | Notes from Telephone Call with Witness re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 19 | Attorney Notes | 9/28/2015 | 9/28/2015 | 3 | Paralegal and Kathryn Rickley | Kathryn Rickley | Notes from Telephone Call with Sharon Sue McClung re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney/Client Privilege and Attorney Work Product |
| 20 | Attorney Notes | 9/29/2015 | 9/29/2015 | 3 | Paralegal | Kathryn Rickley | Notes from Telephone Call with Witness re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 21 | Attorney Notes | 10/7/2015 | 10/7/2015 | 3 | Paralegal | Kathryn Rickley | Notes from Telephone Call with Witness re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 22 | Attorney Notes | 10/12/2015 | 10/12/2015 | 4 | Paralegal and Kathryn Rickley | Kathryn Rickley | Notes from Telephone Call with Witness/Potential Client re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product and Attorney/Client Privilege |
| 23 | Attorney Notes | 10/13/2015 | 10/13/2015 | 4 | Paralegal and Kathryn Rickley | Kathryn Rickley | Notes from Telephone Call with Deborah Carpenter James re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney/Client Privilege and Attorney Work Product |
| 24 | Attorney Notes | 10/14/2015 | 10/14/2015 | 3 | Paralegal | Kathryn Rickley | Notes from Telephone Call with Witness re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 25 | Attorney Notes | 11/4/2015 | 11/4/2015 | 5 | Paralegal | Kathryn Rickley | Notes from Telephone Call with Witness re Employment with FGX | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 26 | Correspondence | 9/28/2015 | 9/28/2015 | 1 | Kathryn Rickley | Potential Client | Introductory Letter | Upon potential client's request for advice, letter sent to advise the potential client of his or her rights in relation to this lawsuit. | Attorney/Client Privilege |
| 27 | Correspondence | 10/12/2015 | 10/12/2015 | 1 | Kathryn Rickley | Potential Client | Introductory Letter | Upon potential client's request for advice, letter sent to advise the potential client of his or her rights in relation to this lawsuit. | Attorney/Client Privilege |
| 28 | Correspondence | 12/2/2015 | 12/2/2015 | 1 | Legal Assistant | Rita Hewitt | Email re Follow Up Attorney Questions to Witness re Employment with FGX. | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 29 | Correspondence | 12/2/2015 | 12/2/2015 | 1 | Rita Hewitt | Legal Assistant | Email Responding to Attorney Questions re Employment with FGX. | Investigation of Plaintiff's claims for purposes of litigation. | Attorney Work Product |
| 30 | Redacted Portions of James' Correspondence | 11/23/2015 | 11/23/2015 | 77 | Deborah James | Kathryn Rickley | Redacted Portions of Emails James Forwarded to Counsel. | Responding to Defendant's Requests for Production of Documents. | Attorney/Client Privilege |
| 31 | Redacted Portion of James' Correspondence | 12/18/2015 | 12/18/2015 | 1 | Deborah James | Kathryn Rickley | Redacted Portions of Email James Forwarded to Counsel. | Responding to Defendant's Requests for Production of Documents. | Attorney/Client Privilege |